IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK TUFANO, Plaintiff | : | No. 3:26cv1312 |
| | : | (Judge Munley) |
| v. | : | (Magistrate Judge Caraballo) |
| SMALL BUSINESS ADMINISTRATION and U.S. DEPARTMENT OF TREASURY, Defendants | : | |

**ORDER**

On May 14, 2026, Plaintiff Frank Tufano filed suit against the United States Department of Treasury and Small Business Administration at the above docket number. (Doc. 1). Before the court is a report and recommendation ("R&R") from United States Magistrate Judge Phillip J. Caraballo, which recommends that Tufano's complaint be dismissed without prejudice under Federal Rule of Civil Procedure 4(m) for failure to serve the defendants. (Doc. 5).

Magistrate Judge Caraballo issued the R&R on November 2, 2026. By statute, objections were due within 14 days. 28 U.S.C. § 636(b)(1)(C). No objections to the R&R have been filed and the time for such filing has passed. The R&R is thus ready for review.

In deciding whether to adopt the R&R when no timely objection is filed, the court is prompted to provide "some reasoned consideration" of the dispositive

legal issues raised by the report. Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987); see also FED. R. CIV. P. 72, NOTES OF ADVISORY COMMITTEE ON RULES—1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

Under the Federal Rules of Civil Procedure, the court is permitted to dismiss an action without prejudice—after notice to the plaintiff—if a defendant is not served within 90 days of the complaint being filed. FED. R. CIV. P. 4(m). A summons was issued in this matter on May 14, 2026, just over 180 days ago. (Doc. 3). Magistrate Judge Caraballo issued a show cause order on October 1, 2026, at the 140-day mark, which directed Tufano to provide proof of service. (Doc. 4). The orders warned Tufano that the case was subject to dismissal under Rule 4(m) in the absence of appropriate proof. Id. Proof of service remains lacking.

After review of the record, the court finds neither clear error on the face of the record nor a manifest injustice in dismissing the complaint with prejudice, and therefore, the court will accept the R&R and adopt it in its entirety.

Accordingly, it is hereby **ORDERED** as follows:

1) The R&R, (Doc. 5), is **ADOPTED** in its entirety;

2) Plaintiff's complaint, (Doc. 1), is **DISMISSED** without prejudice; and

3) The Clerk of Court is directed to close this case.

**BY THE COURT:**

**Date:** 11/20/26

**JUDGE JULIA K. MUNLEY**
**United States District Court**